IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM ROSARIO                                                                PLAINTIFF

v.                                   No. 4:13-cv-517-DPM

MANUAL ANTHONIO VELEZ
d/b/a MAV Enterprises LLC                                                    DEFENDANT

## ORDER

Rosario says Velez tricked him into investing his 401k money with Velez, who then ran off with the funds. № 3. The case was filed in Texas, but transferred here because venue there was bad. № 6. Rosario and Velez both live in Arkansas, and everything Rosario alleges happened took place in Arkansas too. The transfer cured the venue problem, but it didn't fix the jurisdictional one: there's no diversity, and no federal law is implicated. 28 U.S.C. §§ 1331 & 1332. Rosario's complaint is therefore dismissed without prejudice for lack of subject matter jurisdiction. He must proceed in an Arkansas court. The IFP motion, № 5, is denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 September 2013