IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WILLIAM ROSARIO                                                PLAINTIFF

v.                      No. 4:13-cv-517-DPM

MANUAL ANTHONIO VELEZ
d/b/a MAV Enterprises LLC                            DEFENDANT

JUDGMENT

Rosario's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

19 September 2013